FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MAR -2 PM 1:40

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.                                       CASE NO. 3:22-cr-23-BJD-PDB

RYAN WANNEMACHER

## ORDER

The Motion for Capias filed herein by the United States of America is hereby GRANTED, and a capias shall issue for the Defendant. The conditions for the Defendant's release or detention shall be set by the proper judicial officer upon arrest.

DONE AND ORDERED at Jacksonville, Florida, this 2 day of March, 2022.

_____
United States Magistrate Judge

Copies to:

United States Attorney Tysen Duva
United States Marshal