UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   Case No. 3:22-cr-23-~~MMH~~-~~LLL~~ BJD-PDB

AARON ZAHN
RYAN WANNEMACHER

### ORDER OF RECUSAL

Due to a familial relationship with a current member of the governing board of the Jacksonville Electric Authority, the undersigned hereby recuses herself from further proceedings in this action.

**DONE AND ORDERED** in Jacksonville, Florida this 3rd day of March, 2022.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record