United States District Court
Middle District of Florida
Jacksonville Division

FILED
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

No. 3:22-cr-23-~~MMH~~-~~LLL~~  BJD-PDB

AARON ZAHN AND
RYAN WANNEMACHER

### Order of Recusal

Pursuant to 28 U.S.C. §455(a), I find it necessary to disqualify myself from any further proceedings in this case because during previous employment I became familiar with the factual and legal issues in this criminal investigation. The undersigned directs the Clerk of Court to reassign the case to another United States Magistrate Judge.

**Ordered** in Jacksonville, Florida, on March 2, 2022.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
A. Tysen Duva, Esquire