FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2022 MAR -7 AM 10: 18

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.                                          CASE NO.    3:22-cr-23-BJD-PDB

AARON ZAHN and
RYAN WANNEMACHER

## *IN CAMERA* MOTION TO UNSEAL INDICTMENT AND RELATED FILINGS

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, moves this court to unseal the Indictment, the file copy of the warrant(s), defendant information sheet(s), motion and order to seal, and any other documents filed in the instant case.

The United States initially requested the sealing of this filing on March 2, 2022 in order to safeguard certain sensitive information, including pending arrests and/or decisions by the defendants to turn themselves in to law enforcement officers. The necessity for sealing of the Indictment and related filings no longer exists in light of recent developments in connection with this case.

Dated this 7th day of March, 2022.

                              Respectfully submitted,

                              ROGER B. HANDBERG
                              United States Attorney

By:       /s/ Tysen Duva
                              Tysen Duva
                              Assistant United States Attorney
                              Florida Bar No. 0603511
                              300 N. Hogan Street, Suite 700
                              Jacksonville, Florida 32202
                              Telephone: (904) 301-6300
                              Facsimile: (904) 301-6310
                              E-mail: tysen.duva@usdoj.gov