FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2022 MAR -7 AM 10: 18

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.                                      CASE NO.   3:22-cr-23-BJD-PDB

AARON ZAHN and
RYAN WANNEMACHER

## ORDER

This matter before the Court is the government's *In Camera* motion to unseal the Indictment, the file copy of the warrant(s), defendant information sheet(s), motion and order to seal, and any other documents filed in the instant case.

Upon due consideration, it is hereby ORDERED that the Indictment and related documents in the instant case be UNSEALED.

DONE AND ORDERED in Chambers at Jacksonville, Florida, this 7th day of March, 2022.

_____
BRIAN J. DAVIS
United States District Judge

Copies to:   Tysen Duva
             Assistant United States Attorney