# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

                                          Case No. 3:22-cr-23-BJD-PDB

**RYAN WANNEMACHER,**
    Defendant.
_____/

## NOTICE OF APPEARANCE

James E. Felman of Kynes, Markman & Felman, P.A. gives notice of appearance in this action as counsel for Defendant, Ryan Wannemacher. Please add the undersigned to your service list.

                                          /s/ *James E. Felman*
                                          James E. Felman
                                            Florida Bar No. 0775568
                                         KYNES, MARKMAN & FELMAN, P.A.
                                         Post Office Box 3396
                                         Tampa, FL 33601
                                         (813) 229-1118
                                         (813) 221-6750
                                         JFelman@kmf-law.com
                                         *Counsel for Defendant*
                                         *Ryan Wannemacher*

## CERTIFICATE OF SERVICE

I certify that on March 7, 2022, the foregoing notice was electronically filed with the Clerk of the Court using the Electronic Filing System, which will serve a copy on all counsel of record.

/s/ *James E. Felman*
James E. Felman