UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

Case No. 3:22-cr-23-BJD-PDB

RYAN WANNEMACHER,
    Defendant.
_____/

## NOTICE OF APPEARANCE

Katherine Earle Yanes of Kynes, Markman & Felman, P.A. gives notice of appearance in this action as counsel for Defendant, Ryan Wannemacher. Please add the undersigned to your service list.

    */s/ Katherine Earle Yanes*
    Katherine Earle Yanes
      Florida Bar No. 0159727
    KYNES, MARKMAN & FELMAN, P.A.
    Post Office Box 3396
    Tampa, FL 33601
    (813) 229-1118
    (813) 221-6750
    KYanes@kmf-law.com
    *Counsel for Defendant*
    *Ryan Wannemacher*

2

## CERTIFICATE OF SERVICE

I certify that on March 7, 2022, the foregoing notice was electronically filed with the Clerk of the Court using the Electronic Filing System, which will serve a copy on all counsel of record.

*/s/ Katherine Earle Yanes*
Katherine Earle Yanes
