UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

Case No. 3:22-cr-23-BJD-PDB

RYAN WANNEMACHER,
    Defendant.
    _____/

## NOTICE OF APPEARANCE

Brandon K. Breslow of Kynes, Markman & Felman, P.A. gives notice of appearance in this action as counsel for Defendant, Ryan Wannemacher. Please add the undersigned to your service list.

                        /s/ *Brandon K. Breslow*
                        Brandon K. Breslow
                          Florida Bar No. 0123755
                        KYNES, MARKMAN & FELMAN, P.A.
                        Post Office Box 3396
                        Tampa, FL 33601
                        (813) 229-1118
                        (813) 221-6750
                        BBreslow@kmf-law.com
                        *Counsel for Defendant*
                        *Ryan Wannemacher*

## CERTIFICATE OF SERVICE

I certify that on March 7, 2022, the foregoing notice was electronically filed with the Clerk of the Court using the Electronic Filing System, which will serve a copy on all counsel of record.

*/s/ Brandon K. Breslow*
Brandon K. Breslow
