United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

    *Plaintiff*,

v.                                          **NO. 3:22-cr-23-BJD-PDB**

**AARON ZAHN & RYAN WANNEMACHER,**

    *Defendants.*

_____

## Order of Recusal

I recuse myself from proceedings in this case because a close family member's law partners represent a witness or witnesses or a potential witness or witnesses. I direct the Clerk of Court to reassign this case to another United States Magistrate Judge.

**Ordered** in Jacksonville, Florida, on March 7, 2022.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:     Counsel of Record