UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                 Case No. 3:22-cr-23-BJD-MCR

AARON ZAHN
RYAN WANNEMACHER

---

### O R D E R

The Court, having received a request by a member of the press, hereby waives the Administrative Order regarding Photography, Broadcasting, Television and Recording Equipment, Case No. 3:13-mc-38, for the <u>limited</u> purpose of allowing any member of the press to enter the Courthouse with a laptop computer or tablet (but not cell phones) to attend the initial appearance, arraignment and bond hearing set before the undersigned on **March 8, 2022 at 2:30 p.m. in Courtroom 5C, Fifth Floor**.

Any member of the press entering the Courthouse with a laptop or tablet must present Court Security Officers with media credentials and a copy of this Order.  Live transmission of any kind from the courtroom while court is in session is strictly prohibited.  This prohibition includes, but is not limited to, texting, emailing, tweeting, blogging, and messaging or posting via any social media.  In addition, no audio or video recording is allowed in the Courthouse at any time.

**DONE AND ORDERED** at Jacksonville, Florida on March 7, 2022.

*[signature]*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:
Jim Leanhart, Division Manager
Court Security Officer
United States Marshal Service