# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA,**
　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　Case No. 3:22-cr-23-BJD-PDB

**RYAN WANNEMACHER,**
　　Defendant.
　　　　　　　　　　　　　　　　/

## NOTICE OF APPEARANCE

Niels P. Murphy and Catherine M. Licandro of Murphy & Anderson, P.A. give notice of appearance in this action as counsel for Defendant, Ryan Wannemacher. Please add the undersigned to your service list.

　　　　　　　　　　　　　　　　　　*/s/ Niels P. Murphy*
　　　　　　　　　　　　　　　　　　**NIELS P. MURPHY**
　　　　　　　　　　　　　　　　　　Florida Bar No. 0065552
　　　　　　　　　　　　　　　　　　nmurphy@murphyandersonlaw.com
　　　　　　　　　　　　　　　　　　**CATHERINE M. LICANDRO**
　　　　　　　　　　　　　　　　　　Florida Bar No. 0041668
　　　　　　　　　　　　　　　　　　clicandro@murphyandersonlaw.com
　　　　　　　　　　　　　　　　　　**MURPHY & ANDERSON, P.A.**
　　　　　　　　　　　　　　　　　　1501 San Marco Blvd.
　　　　　　　　　　　　　　　　　　Jacksonville, Florida 32207
　　　　　　　　　　　　　　　　　　(904) 598-9282 (phone)
　　　　　　　　　　　　　　　　　　(904) 598-9283 (fax)
　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　*Ryan Wannemacher*

## CERTIFICATE OF SERVICE

I certify that on March 8, 2022, the foregoing notice was electronically filed with the Clerk of the Court using the Electronic Filing System, which will serve a copy on all counsel of record.

*/s/ Niels P. Murphy*
Niels P. Murphy
