**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

Bryan Simpson United States Courthouse
300 North Hogan Street Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Jim Leanhart<br>Jacksonville Division Manager |

**UNITED STATES OF AMERICA**

**VS.**                                            CASE NO: 3:22-cr-23-BJD-MCR

**RYAN WANNEMACHER**

### NOTICE OF SURRENDERED U.S. PASSPORT

To:   U.S. Department of State
       CA/PPT/L/LA
       44132 Mercure Circle
       PO Box 1227
       Sterling, VA 20166-1227

**PURSUANT** to the Court's order entered on March 8, 2022 in the above styled case, the Defendant's passport, **Number** ▮▮▮▮ **7940** was surrendered to the custody of the Clerk of Court on March 8, 2022. The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

| | |
|---|---|
| Defendant's date of birth: | ▮▮▮▮▮▮ |
| Defendant's place of birth: | Ohio, USA |
| Passport received from: | James Felman |
| Passport issued to: | Ryan Francis Wannemacher |
| Date of issuance: | September 24, 2014 |

ELIZABETH M. WARREN, CLERK

By *Barbara Rothermel*
Barbara Rothermel, Deputy Clerk

March 8, 2022

Original to Case File
c:       Counsel and Unrepresented Defendant
         Pretrial Services (if before Judgment)
         Probation Office (if after Judgment)
         Appropriate Agency Listed Above
         Passport Coordinator