# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                        CASE NO. 3:22-cr-23-BJD-MCR

AARON ZAHN and
RYAN WANNEMACHER
_____/

Defense Atty.: A. BRIAN ALBRITTON
EDUARDO A. SUAREZ
JAMES E. FELMAN
BRANDON K. BRESLOW
KATHERINE LICANDRO
AUSA: ANDREW TYSEN DUVA

| JUDGE: | **Monte C. Richardson** **U.S. Magistrate Judge** | DATE AND TIME | March 8, 2022 2:30 PM – 2:49 PM 19 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL/PROBATION | DANIEL DUMPIT |

## CLERK'S MINUTES

**PROCEEDINGS:       INITIAL APPEARANCE, BOND AND
                                ARRAIGNMENT**

**INITIAL APPEARANCE**
Both Defendants self-surrendered to the FBI on March 8, 2022 on an
Indictment out of the Middle District of Florida.

Oral Notice of appearance entered on behalf of Defendant Zahn by A. Brian
Albritton and Eduardo A. Suarez.

Oral Notice of appearance entered on behalf of Defendant Wannemacher by James E. Felman, Brandon Breslow and Katherine Licandro.

Both Defendants advised of rights, charges, penalties and special assessment.

Government orally moved for bond as to both Defendants.

Bond set as to both Defendants: $100,000.00 – UNSECURED - Order Setting Conditions of Release to enter.

## ARRAIGNMENT
Defense counsel agreed to proceed with the arraignment subject to not waiving potential change of venue.

Both Defendants entered pleas of not guilty.

Government to provide Discovery by March 15, 2022.

Discovery motions to be filed by March 22, 2022.

Dispositive motions, motions for district judge and motions to suppress to be filed by April 5, 2022.

Status Conference: April 18, 2022 before the Honorable Brian J. Davis.

Trial term commencing on May 2, 2022 before the Honorable Brian J. Davis.

Filed in Open Court:
    Notice of Acceptance of General Discovery