FILED IN OPEN COURT
3.8.22

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.  CASE NO. 3:22-cr-23-BJD-MCR

RYAN WANNEMACHER

## NOTICE OF ACCEPTANCE OF GENERAL DISCOVERY

Defendant, RYAN WANNEMACHER, by and through his undersigned counsel, hereby gives notice of his acceptance of general discovery pursuant to the Court's Standing Order regarding discovery.

By: _____
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Andrew Tysen Duva, Assistant United States Attorney, 300 North Hogan Street, Suite 7-100, Jacksonville, Florida 32202-4270, by hand, this 8th day of March, 2022.

_____
Attorney