AO 442 (Rev. 2/16/22) Arrest

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED U.S. MARSHALS
M/FL JACKSONVILLE
2022 MAR -2 PM 2: 14

United States of America
v.

RYAN WANNEMACHER
*Defendant*

Case No. 3:22-cr-23-MMH-LLL

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA
2022 MAR -9 AM 10: 55
FILED

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested),*     RYAN WANNEMACHER

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit theft of municipal government funds and wire fraud, and wire fraud, in violation of 18 U.S.C. 371 and 1343.

Date: 3/2/2022

*Issuing officer's signature*

City and state: Jacksonville, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 03/02/2022, and the person was arrested on *(date)* 03/08/2022
at *(city and state)* Jacksonville, FL.

Date: 03/08/2022

SA Angela K Hill
*Arresting officer's signature*

SA Angela K. Hill
*Printed name and title*