UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA,**
 Plaintiff,

                 Case No. 3:22-cr-23-BJD-PDB

**RYAN WANNEMACHER,**
 Defendant.
_____/

## NOTICE OF APPEARANCE

Catherine M. Licandro of Murphy & Anderson, P.A. gives notice of appearance in this action as counsel for Defendant, Ryan Wannemacher. Please add the undersigned to your service list.

                 */s/ Catherine M. Licandro*
                 Catherine M. Licandro
                 Florida Bar No. 0041668
                 **MURPHY & ANDERSON, P.A.**
                 1501 San Marco Blvd.
                 Jacksonville, Florida 32207
                 (904) 598-9282 (phone)
                 (904) 598-9283 (fax)
                 clicandro@murphyandersonlaw.com
                 *Counsel for Defendant*
                 *Ryan Wannemacher*

2

## CERTIFICATE OF SERVICE

I certify that on March 10, 2022, the foregoing notice was electronically filed with the Clerk of the Court using the Electronic Filing System, which will serve a copy on all counsel of record.

*/s/ Catherine M. Licandro*
Catherine M. Licandro