UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                               CASE NO. 3:22-cr-23-BJD-MCR

AARON ZAHN
RYAN WANNEMACHER
_____/

**STANDING ORDER REGARDING USE OF ELECTRONICS
IN THE COURTHOUSE BY MEMBERS OF THE PRESS**

Because of prior requests by members of the press to bring laptop computers and tablets into the United States Courthouse for hearings in connection with the above case, and pursuant to Rules 7.02(a)(2) and 1.01(b), Local Rules, United States District Court, Middle District of Florida, it is hereby **ORDERED**:

The Administrative Order regarding Photography, Broadcasting, Television and Recording Equipment, Case No.3:13-mc-38, is hereby waived and modified for the limited purpose of allowing any member of the press attending any pretrial hearings set in this case before the undersigned or the Honorable Monte C. Richardson, to enter the courthouse with a laptop computer or tablet by presenting the Court Security Officers with their media credentials and a copy of this Order. However, live broadcasting from the courtroom, including messages via social media (such as blogging or tweeting),

is prohibited. In addition, no audio or video recording is allowed. Members of the press are hereby reminded they are required to conduct themselves as outlined in Local Rules 5.02 and 5.03.

**This Order will remain in effect until the trial begins, at which point the Court will issue a separate Order governing the use of electronics in the courtroom during trial.**[1]

**DONE** and **ORDERED** in Jacksonville, Florida this 13th day of April, 2022.

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Tysen Duva, AUSA
A. Brian Albritton, Esquire
Eduardo A. Suarez, Esquire
James E. Felman, Esquire
Niels P. Murphy, Esquire
Brandon K. Breslow, Esquire
Catherine M. Licandro, Esquire
Katherine E. Yanes, Esquire
U.S. Marshals Service
Court Security Officers
Division Manager

---

[1] This Order is subject to revocation at any time if the Court determines that any member of the media is abusing this permission or if the use of electronics in the courtroom adversely affects the fairness and dignity of the proceedings.