UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA           CASE NO. 3:22-cr-23-BJD-MCR
v.
AARON ZAHN
RYAN WANNEMACHER

<u>Counsel for Government</u>:               <u>Counsel for Defendant Zahn</u>:
Tysen Duva                                A. Brian Albritton
                                          Eduardo Suarez

                                          <u>Counsel for Defendant Wannemacher</u>:
                                          James Felman
                                          Brandon Breslow
                                          Niels Murphy

---

**HONORABLE BRIAN J. DAVIS**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Chloe Swinton       Court Reporter: Shelli Kozachenko

---

**CLERK'S MINUTES**

**PROCEEDINGS OF:  CRIMINAL STATUS CONFERENCE**

The Court heard from the parties regarding the status of the case.

The Court will enter an order setting the new trial term and status conference dates and determine motions deadlines

**Order(s) to enter.**

Date: April 19, 2022
Time: 10:04 a.m.-10:37 a.m.
Total: 33 minutes