UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                          Case No. 3:22-cr-23-BJD-PDB

AARON ZAHN and
RYAN WANNEMACHER,
    Defendants.
_____/

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY TO THE GOVERNMENTS' RESPONSE TO MOTION TO ESTABLISH PROCEDURES FOR FILING AND SERVICE OF *GARRITY* MATERIALS**

        Defendants Aaron Zahn and Ryan Wannemacher respectfully request that the Court enter an Order granting them leave to file a Reply of no more than seven (7) pages, within five (5) days of the date the Court enters an Order granting leave, to the government's Response, Doc. 63, to the Defendants' Motion to Establish Procedures for Filing and Service of *Garrity* Materials, Doc. 61.  The grounds supporting this motion are set forth in the following Memorandum.

**MEMORANDUM**

        Mr. Zahn and Mr. Wannemacher each provided compelled testimony pursuant to the protections of *Garrity v. New Jersey*, 385 U.S. 493 (1967) (the "*Garrity* Statements"), at the outset of the investigation in this case, about matters that relate to the charges against them.  That testimony is subject to use and derivative use immunity and cannot be used against Mr. Zahn or Mr. Wannemacher in any criminal

proceeding. The Defendants' compelled testimony potentially gives rise to several motions that will require the Defendants to discuss in detail and publish to the Court the substance of the Defendants' *Garrity* Statements. Although the prosecution team may not properly be exposed to those statements, the government has not in this case implemented the procedures that are ordinarily used to protect the prosecution team from being exposed to *Garrity*-protected materials. As a result, the Defendants do not have anyone they can properly serve with these motions. In order to address the procedures that are needed under these unusual circumstances, the Defendants jointly filed a motion requesting that the Court enter an Order establishing procedures for the filing and service of *Garrity* Materials. Doc. 61.

In its Response, the government makes a series of representations regarding the course of its investigation, the manner in which the Defendants' *Garrity* Statements were handled, and the facts of this case. Doc. 63 at 3-10. The government's narrative leaves important questions unanswered. The Response also proposes a partial procedural remedy for the issues the Defendants raised in their motion. *Id.* at 17.

Defendants request leave to file a Reply to the government's Response in order to address the new information set forth in the Response and its significance to the procedural issues before the Court in Defendants' motion, as well as the reasons the government's proposed remedy does not adequately address the issues here. The proposed Reply will not repeat or reargue the points Defendant have already made. Instead, it is intended to provide briefing that will assist the Court in addressing the unusual issues presented by this case.

## CONCLUSION

For these reasons, it is respectfully requested that the Court enter an Order granting the Defendants leave to file a Reply of up to seven pages within five days of the date the Court enters the Order granting leave.

## CERTIFICATE OF CONFERRAL

I certify that on July 14, 2022, undersigned counsel conferred with Assistant United States Attorney Tysen Duva. AUSA Duva represented that the government opposes the relief requested in this motion.

/s/ *James E. Felman*
James E. Felman

Respectfully submitted,

/s/ *James E. Felman*
James E. Felman
  Florida Bar No. 0775568
Katherine Earle Yanes
  Florida Bar No. 0159727
Brandon K. Breslow
  Florida Bar No. 0123755
KYNES, MARKMAN
& FELMAN, P.A.
Post Office Box 3396
Tampa, FL 33601
(813) 229-1118
(813) 221-6750
JFelman@kmf-law.com
kyanes@kmf-law.com
bbreslow@kmf-law.com

NIELS P. MURPHY
  Florida Bar No. 0065552
CATHERINE M. LICANDRO
  Florida Bar No. 0041668
MURPHY & ANDERSON, P.A.
1501 San Marco Blvd.
Jacksonville, FL 32207
(904) 598-9282 (phone)
(904) 598-9283 (fax)
nmurphy@murphyandersonlaw.com
clicandro@murphyandersonlaw.com

*Counsel for Defendant Ryan Wannemacher*

/s/ *A. Brian Albritton*
A. Brian Albritton
  Florida Bar No. 0777773
Raquel Ramirez Jefferson
  Florida Bar No. 103758
PHELPS DUNBAR LLP
100 South Ashley Drive, Suite 2000
Tampa, FL 33602
Telephone: (813) 472-7557
Facsimile: (813) 472-7570
brian.albritton@phelps.com
ramirezr@phelps.com

Eddie Suarez
  Florida Bar No. 752540
THE SUAREZ LAW FIRM
1011 West Cleveland Street
Tampa, FL 33606
Telephone: (813) 229-0040
Facsimile: (813) 229-0041
esuarez@suarezlawfirm.com

*Counsel for Defendant Aaron Zahn*

## CERTIFICATE OF SERVICE

I certify that on July 15, 2022, the foregoing notice was electronically filed with the Clerk of the Court using the Electronic Filing System, which will serve a copy on all counsel of record.

*/s/ James E. Felman*
James E. Felman