UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                  CASE NO. 3:22-cr-23-BJD-MCR

AARON ZAHN
RYAN WANNEMACHER
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendants' Unopposed Motion for a Pretrial Extension or Modification to the Discovery-Motions Deadline (Doc. 80; Motion) filed October 14, 2022. Defendants request an extension for the discovery motions deadline, but do not fully articulate how long they will need to review the extensive discovery in this case. See generally Motion. Defendants additionally do not seek an extension of the dispositive motions deadline within their Motion. See id. at 7.

Given Defendants have moved for, and this Court has granted, permission to serve multiple third-party subpoenas, Defendants have established a reasonable basis necessitating a conservative extension of the discovery deadline. (See Docs. 60, 68, 73, 76). However, as this Court has cautioned in its previous Order, "the Court expects Defendants and the Government to provide and conduct discovery with all due haste." (Doc. 74 at 1).

Accordingly, after due consideration, it is

**ORDERED:**

1. The Unopposed Motion for a Pretrial Extension or Modification to the Discovery-Motions Deadline (Doc. 80) is **GRANTED**.

2. Discovery motions are due on or before **October 28, 2022**.

3. The deadlines for dispositive motions, motions to suppress, and other non-discovery motions remains as **November 14, 2022.**

**DONE** and **ORDERED** in Jacksonville, Florida this 17th day of October, 2022.

BRIAN J. DAVIS
United States District Judge

8
Copies to:

Counsel of Record