UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO. 3:22-cr-23-BJD-MCR

AARON ZAHN and
RYAN WANNEMACHER,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Non-Party Nelson Mullins Riley & Scarborough LLP's Motion to Quash in Part Defendant Ryan Wannemacher's Subpoena *Duces Tecum* or, in the Alternative, Motion for a Protective Order ("Motion") (Doc. 99), Defendants' Response in Opposition thereto ("Defendants' Response") (Doc. 129), and the United States' Response to the Motion ("Government's Response") (Doc. 130).  Upon consideration, it is **ORDERED:**

    1.    **On or before December 6, 2022**, Nelson Mullins or the United States shall deliver to the undersigned's chambers the four withheld documents that are at issue in the present Motion.[1]

---

[1] Defendants concede that it may be appropriate for the Court to review the documents *in camera* in order to determine whether they are privileged.  (*See* Doc. 129 at 10.)   Nelson Mullins and the Government do not object to an *in camera*

2.     **By the same deadline**, Nelson Mullins shall provide the Court and Defendants with a revised privilege log, including therein as much information as possible to allow the Court to determine the applicability of any asserted privilege.  A sufficiently detailed privilege log generally includes, *inter alia*, the job title and employer of the author of the document; the purpose for which the document was created and transmitted; the subject of the document; the job title and employer of the person(s) to whom the document is addressed; the job title and employer of the person(s) indicated thereon as having received a copy of the document; the name, job title, and employer of any person known or believed to have received or seen the document or any copy or summary thereof, and the reasons why they were provided access thereto; the relationship among the author, addressee, and any other recipient; the degree of confidentiality with which the document was treated at the time of its creation and transmission, and since; and any other facts relevant to the elements of any asserted privilege.

3.     The Motion (**Doc. 99**) is **UNDER ADVISEMENT** pending the Court's review of the subject documents.

---

review of the documents by the Court.  (*See* Doc. 129 at 10 n.4; Doc. 130 at 4.)

**DONE AND ORDERED** at Jacksonville, Florida, on November 30, 2022.

*[Signature]*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

3