UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA         CASE NO. 3:22-cr-23-BJD-MCR
v.
AARON ZAHN
RYAN WANNEMACHER

| Counsel for Government: | Counsel for Defendant Zahn: |
|---|---|
| Tysen Duva | A. Brian Albritton |
| Arnold Corsmeier | Eduardo Suarez |
|  | Raquel Jefferson |

Counsel for Defendant Wannemacher
James Felman
Brandon Breslow

HONORABLE BRIAN J. DAVIS
SENIOR UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Chloe Swinton    Court Reporter: David Walker-Collier

**CLERK'S MINUTES**

**PROCEEDINGS OF: JURY TRIAL (DAY 1)**

Preliminary matters addressed.

Zahn Jury Sworn.

Wannemacher Jury Sworn.

The Court gave preliminary instructions to the jury.

Opening statements.[1]

Government's Witnesses: Paul McElroy

---

[1] Mr. Zahn's jury was not present during the opening statements of Mr. Wannemacher.

<u>Government's Exhibits:</u> 1, 2, 4, 5, 6A, 6B, 6C, 6D

Jury recessed and shall report back at 9:00 a.m. on **Thursday, February 22, 2024, at 9:00 a.m.**

DATE: February 21, 2024
TIME: 9:02 a.m.-12:21 p.m./1:38 p.m.-5:30 p.m.
TOTAL: 7 hours 11 minutes