UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA                CASE NO. 3:22-cr-23-BJD-MCR

v.

AARON ZAHN
RYAN WANNEMACHER

<u>Counsel for Government</u>:          <u>Counsel for Defendant Zahn</u>:
Tysen Duva                            A. Brian Albritton
Arnold Corsmeier                      Eduardo Suarez
                                      Raquel Jefferson

                                      <u>Counsel for Defendant Wannemacher</u>
                                      James Felman
                                      Brandon Breslow

**HONORABLE BRIAN J. DAVIS**
**SENIOR UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Chloe Swinton     Court Reporter: Shannon Bishop

**CLERK'S MINUTES**

**PROCEEDINGS OF: JURY TRIAL (DAY 4)**

Preliminary matters addressed.

<u>Government's Witnesses</u>: Angela Hill, Timothy McCrohan, Madricka Jones, Pat Maillis, David Wathen, Kim Taylor, Kyle Billy

<u>Government's Exhibits</u>: 18, 20(a)(2), 20(a)(3), 20(a)(5), 20L2, 21C, 21D, 21G, 21H, 21J, 21K, 20X, 20Y1, 20Y2, 20Y3, 20BB, 20CC1, 20CC2, 20DD

<u>Defendant Zahn's Exhibits</u>: 126, 128, 292, 611, 427, 427.1

<u>Defendant Wannemacher's Exhibits</u>: 2.38

Jury recessed and shall report back at 9:00 a.m. on Tuesday, February 27, 2024.

DATE: February 26, 2024
TIME: 9:04 a.m.-11:54 a.m./1:01 p.m.-5:25 p.m.
TOTAL: 7 hours 14 minutes