UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA  CASE NO. 3:22-cr-23-BJD-MCR
v.
AARON ZAHN
RYAN WANNEMACHER

<u>Counsel for Government</u>:
Tysen Duva
Arnold Corsmeier

<u>Counsel for Defendant Zahn</u>:
A. Brian Albritton
Eduardo Suarez
Raquel Jefferson

<u>Counsel for Defendant Wannemacher</u>
James Felman
Brandon Breslow

**HONORABLE BRIAN J. DAVIS
SENIOR UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Chloe Swinton    Court Reporter: Shelli Kozachenko

**CLERK'S MINUTES**

**PROCEEDINGS OF: JURY TRIAL (DAY 8)**

Preliminary matters addressed.

<u>Government's Witnesses</u>: Melissa Dykes, Pam Rauch, Joseph Orfano

<u>Government's Exhibits</u>: 31C, 32C, 32D, 33C, 33D, 37, 38, 39A, 39B, 39C, 39D, 39E, 41A, 41B, 44A, 44B, 47A, 47B, 47C, 47D, 47E

<u>Defendant Zahn's Exhibits</u>: 74

Defendants' Joint Ore Tenus Motion for Mistrial is **DENIED.**

Jury recessed and shall report back at 11:00 a.m. on Monday, March 4, 2024.

The parties shall report back at 9:00 a.m. on Monday, March 4, 2024.

DATE: March 1, 2024
TIME: 9:00 a.m.-12:19 p.m./1:16 p.m.-4:36 p.m.
TOTAL: 6 hours 39 minutes