UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA     CASE NO. 3:22-cr-23-BJD-MCR
v.
AARON ZAHN
RYAN WANNEMACHER

| Counsel for Government: | Counsel for Defendant Zahn: |
|---|---|
| Tysen Duva | A. Brian Albritton |
| Arnold Corsmeier | Eduardo Suarez |
|  | Raquel Jefferson |

Counsel for Defendant Wannemacher
James Felman
Brandon Breslow

**HONORABLE BRIAN J. DAVIS**
**SENIOR UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Chloe Swinton     Court Reporter: Shelli Kozachenko
Court Reporter: Katharine Healey (Afternoon Session)

### CLERK'S MINUTES

**PROCEEDINGS OF: JURY TRIAL (DAY 9)**

Preliminary matters addressed.

Additionally, the Court permitted Attorney Jennifer Mansfield to address the Court regarding First Coast News and the Florida Times-Union's Second Motion to Intervene and Motion to Open Future Kastigar Hearings During Trial (Doc. 447).

**Kastigar Hearing:**[1]

Government's Witnesses: Jason Gredell, Edward Manheimer, Mark Hickson,

Government's Exhibits: 17, 20(p)(3), 20(p)(5), 34A, 34D, 34C, 35, 36B, <u>34E, 36C</u>,

**Jury Trial**[2]

Government's Witnesses: Jason Gredell, Edward Manheimer, Mark Hickson

Government's Exhibits: 17, 34A, 34B, 34C, 34E, 35, 36B, 36C

Defendant Zahn's Exhibits: 621, 181, 464, 200 (as Wannemacher 1.30)

Defendant Wannemacher's Exhibits: 1.30

Jury recessed and shall report back at 9:00 a.m. on Tuesday, March 5, 2024.

DATE: March 4, 2024
TIME: 9:05 a.m.-12:51 p.m./1:53 p.m.-5:23 p.m.
TOTAL: 7 hours 16 minutes

---

[1] The Kastigar Hearing began arou nd 9:05 a.m. and concluded around 11:21 a.m.  Underlined exhibits were admitted today. Exhibits that are not underlined, were previously admitted at the original Kastigar Hearing(s).
[2] The Jury Trial resumed at 11:22 a.m.