UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA          CASE NO. 3:22-cr-23-BJD-MCR
v.
AARON ZAHN
RYAN WANNEMACHER

Counsel for Government:           Counsel for Defendant Zahn:
Tysen Duva                        A. Brian Albritton
Arnold Corsmeier                  Eduardo Suarez
                                  Raquel Jefferson

                                  Counsel for Defendant Wannemacher
                                  James Felman
                                  Brandon Breslow

---

HONORABLE BRIAN J. DAVIS
SENIOR UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Chloe Swinton       Court Reporter: Shelli Kozachenko

---

**CLERK'S MINUTES**

**PROCEEDINGS OF: JURY TRIAL (DAY 14)**

Preliminary matters addressed.

Defendant Zahn's Witnesses: Ernest Dixon

Defendant Wannemacher rests.

Defendant Zahn rests.

Government's Exhibits: 54, 55

Government's Rebuttal Witnesses: Jeff Rodda

Jury recessed at 3:45 p.m. and instructed to return at 9:00 a.m. on Wednesday, March 13, 2024.

Defendants' Joint Ore Tenus Motion to Strike Portions of Witness Testimony and Government's Exhibit 54 are **DENIED.**

Defendants' Renewed Ore Tenus Motion for Judgment of Acquittal are **DENIED.**

Charge Conference.

DATE: March 12, 2024
TIME: 9:04 a.m.-10:57 a.m./11:09 a.m.-12:19 p.m./1:26 p.m.-5:45 p.m.
TOTAL: 7 hours 22 minutes