# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

AARON ZAHN

RYAN WANNEMACHER

CASE NO. 3:22-cr-23-BJD-MCR

Counsel for Government:
Tysen Duva
Arnold Corsmeier

Counsel for Defendant Zahn:
A. Brian Albritton
Eduardo Suarez
Raquel Jefferson

Counsel for Defendant Wannemacher
James Felman
Brandon Breslow

---

## HONORABLE BRIAN J. DAVIS
## SENIOR UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Chloe Swinton    Court Reporter:  Shelli Kozachenko

---

# CLERK'S MINUTES

## PROCEEDINGS OF: JURY TRIAL (DAY 15)

Preliminary matters addressed.

The Court gave preliminary instructions to the Jury regarding the closing arguments.

Government's closing arguments.

Defendant Zahn's closing arguments.

Government's rebuttal to Defendant Zahn's closing arguments.

The Zahn Jury recessed at 3:16 p.m. and told to return at 9:00 a.m. on Thursday, March 14, 2024.

Defendant Wannemacher's closing arguments.

Government's rebuttal to Defendant Wannemacher's closing arguments.

The Wannemacher Jury recessed at 4:34 p.m. and told to return at 9:30 a.m. on Thursday, March 14, 2024.

DATE: March 13, 2024
TIME: 9:03 a.m.-11:46 a.m./12:49 p.m.-4:36 p.m.
TOTAL: 6 hours 30 minutes